Diane COLLINS, Plaintiff—Appellant,

v.

CAVALRY MEDICAL TRANSPORT; Brian Craig Sparks; McNeil & Company; Gallagher Bassett Services, Defendants—Appellees.

No. 07–1832.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 15, 2008.
Decided: Feb. 12, 2008.

Diane Collins, Appellant pro se. J. Matthew Little, Teague, Campbell, Dennis & Gorham, LLP, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Diane Collins appeals the magistrate judge's order dismissing her complaint for lack of subject matter jurisdiction.* We have reviewed the record and find no re-

---

* The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (2000).

versible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *See Collins v. Cavalry Med. Transp.*, No. 1:07–cv–00157–PTS, 2007 WL 2265052 (M.D.N.C. Aug. 6, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*